In the Matter of the Accountings of NATIONAL CITY BANK OF NEW YORK, as Original Trustee, and CITY BANK FARMERS TRUST COMPANY, as Successor Trustee, under a Trust Agreement Made by EDUARDO H. G. MARQUEZ, Appellants; HERBERT R. CABRERA, as Administrator of the Estate of EDUARDO H. GATO, JR., et al., Respondents; FRANK E. H. GATO et al., Infants, by JOHN L. FLYNN, Their Guardian ad Litem, Appellants.

Argued May 29, 1950; decided July 11, 1950.

*Charles Angulo* and *Benjamin Nassau* for City Bank Farmers Trust Company, petitioner-appellant.

*John L. Flynn,* guardian ad litem for Frank E. H. Gato and another, appellants.

*Norris Darrell, Hubert J. De Lynn* and *Charles R. Rodman* for respondents.

Order affirmed, with costs to each party appearing separately and filing separate briefs payable out of the trust fund. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.